PETITION FOR A WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

Name __WILSON_____STEVEN_____D.__
     (Last)           (First)       (Initial)

Prisoner Number __F-18575_____

Institutional Address __PELICAN BAY STATE PRISON_____

__5905 LAKE EARL DRIVE, CRESCENT CITY, CALIFORNIA 95532__

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEVEN DORELL WILSON_____ )
(Enter the full name of plaintiff in this action.) )
                                              )
               vs.                  )  Case No. CV 07 6095
                                              )  (To be provided by the clerk of court)
ROBERT A. HOREL, WARDEN_____ )
                                              )  PETITION FOR A WRIT
PELICAN BAY STATE PRISON_____ )  OF HABEAS CORPUS
                                              )
_____ )
(Enter the full name of respondent(s) or jailor in this action) )

Read Comments Carefully Before Filling In

When and Where to File

     You should file in the Northern District if you were convicted and sentenced in one of these counties: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo and Sonoma. You should also file in this district if you are challenging the manner in which your sentence is being executed, such as loss of good time credits, and you are confined in one of these counties. Habeas L.R. 2254-3(a).

     If you are challenging your conviction or sentence and you were not convicted and sentenced in one of the above-named fifteen counties, your petition will likely be transferred to the United States District Court for the district in which the state court that convicted and sentenced you is located. If you are challenging the execution of your sentence and you are not in prison in one of these counties, your petition will likely be transferred to the district court for the district that includes the institution where you are confined. Habeas L.R. 2254-3(b).

PET. FOR WRIT OF HAB. CORPUS     - 1 -

1  Who to Name as Respondent

2  You must name the person in whose actual custody you are. This usually means the Warden or
3  jailor. Do not name the State of California, a city, a county or the superior court of the county in which
4  you are imprisoned or by whom you were convicted and sentenced. These are not proper
5  respondents.

6  If you are not presently in custody pursuant to the state judgment against which you seek relief
7  but may be subject to such custody in the future (e.g., detainers), you must name the person in whose
8  custody you are now <u>and</u> the Attorney General of the state in which the judgment you seek to attack
9  was entered.

10  A. INFORMATION ABOUT YOUR CONVICTION AND SENTENCE

11  1. What sentence are you challenging in this petition?

12  (a)  Name and location of court that imposed sentence (for example; Alameda
13       County Superior Court, Oakland):

14  **SANTA CLARA SUPERIOR COURT    191 N. FIRST ST., SAN JOSE CALIFORNIA  95113**
15       Court                                      Location

16  (b)  Case number, if known __CC-580641__

17  (c)  Date and terms of sentence **FEBRUARY 21, 2006...56 YEARS**

18  (d)  Are you now in custody serving this term? (Custody means being in jail, on
19       parole or probation, etc.)          Yes **XX**       No _____

20       Where?  **5905 LAKE EARL DRIVE, CRESCENT CITY, CA.**
21       Name of Institution: **PELICAN BAY STATE PRISON**
22       Address: **5905 LAKE EARL DRIVE, CRESCENT CITY, CA.**

23  2. For what crime were you given this sentence? (If your petition challenges a sentence for
24  more than one crime, list each crime separately using Penal Code numbers if known. If you are
25  challenging more than one sentence, you should file a different petition for each sentence.)

26  **F/D ROBBERY..P.C. 211-212.5 (a).. ASSAULT WITH D/W P.C. 245(a)**
27  **(1)..FIREARM P.C. 12022.53 (b)..PRIOR STRIKE P.C. 667 (b)(i)  &**
28  **1170.12**

PET. FOR WRIT OF HAB. CORPUS         - 2 -

3. Did you have any of the following?

    Arraignment:  Yes **XX**  No \_\_\_\_

    Preliminary Hearing:  Yes **XX**  No \_\_\_\_

    Motion to Suppress:  Yes \_\_\_\_  No **XX**

4. How did you plead?

    Guilty \_\_\_\_  Not Guilty **XX**  Nolo Contendere \_\_\_\_

    Any other plea (specify) _____

5. If you went to trial, what kind of trial did you have?

    Jury **XX**  Judge alone \_\_\_\_  Judge alone on a transcript \_\_\_\_

6. Did you testify at your trial?  Yes \_\_\_\_  No **XX**

7. Did you have an attorney at the following proceedings:

    (a) Arraignment  Yes **XX**  No \_\_\_\_

    (b) Preliminary hearing  Yes **XX**  No \_\_\_\_

    (c) Time of plea  Yes **XX**  No \_\_\_\_

    (d) Trial  Yes **XX**  No \_\_\_\_

    (e) Sentencing  Yes **XX**  No \_\_\_\_

    (f) Appeal  Yes **XX**  No \_\_\_\_

    (g) Other post-conviction proceeding  Yes \_\_\_\_  No \_\_\_\_

8. Did you appeal your conviction?  Yes **XX**  No \_\_\_\_

    (a) If you did, to what court(s) did you appeal?

    Court of Appeal  Yes **XX**  No \_\_\_\_

    Year: **2/27/06**  Result: **5/29/07 AFFIRMED**

    Supreme Court of California  Yes **XX**  No \_\_\_\_

    Year: **5/29/07**  Result: **8/29/07 DENIED**

    Any other court  Yes \_\_\_\_  No \_\_\_\_

    Year: _____  Result: _____

    (b) If you appealed, were the grounds the same as those that you are raising in this

PET. FOR WRIT OF HAB. CORPUS  - 3 -

11/5/07

|   |   |   |   |   |
|---|---|---|---|---|
| 1 | | petition? | Yes **XX** & | No **XX** |
| 2 | (c) | Was there an opinion? | Yes **XX** | No ____ |
| 3 | (d) | Did you seek permission to file a late appeal under Rule 31(a)? | | |
| 4 | | | Yes ____ | No **XX** |

5  If you did, give the name of the court and the result:

6  _____

7  _____

8  9. Other than appeals, have you previously filed any petitions, applications or motions with respect to

9  this conviction in any court, state or federal?        Yes ____    No **XX**

10  [Note: If you previously filed a petition for a writ of habeas corpus in federal court that

11  challenged the same conviction you are challenging now and if that petition was denied or dismissed

12  with prejudice, you must first file a motion in the United States Court of Appeals for the Ninth Circuit

13  for an order authorizing the district court to consider this petition. You may not file a second or

14  subsequent federal habeas petition without first obtaining such an order from the Ninth Circuit. 28

15  U.S.C. §§ 2244(b).]

16  (a)  If you sought relief in any proceeding other than an appeal, answer the following

17  questions for each proceeding. Attach extra paper if you need more space.

18  I.  Name of Court: _____**N/A**_____

19  Type of Proceeding: _____

20  Grounds raised (Be brief but specific):

21  a._____

22  b._____

23  c._____

24  d._____

25  Result: _____ Date of Result:_____

26  II. Name of Court: _____

27  Type of Proceeding: _____

28  Grounds raised (Be brief but specific):

11/5/07

PET. FOR WRIT OF HAB. CORPUS         - 4 -

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

III.   Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

IV.    Name of Court: _____

Type of Proceeding: _____

Grounds raised (Be brief but specific):

a._____

b._____

c._____

d._____

Result: _____ Date of Result:_____

(b)    Is any petition, appeal or other post-conviction proceeding now pending in any court?

Yes \_\_\_\_    No\_\_\_\_

Name and location of court: _____

B. GROUNDS FOR RELIEF

State briefly every reason that you believe you are being confined unlawfully. Give facts to support each claim. For example, what legal right or privilege were you denied? What happened? Who made the error? Avoid legal arguments with numerous case citations. Attach extra paper if you

11/5/07

PET. FOR WRIT OF HAB. CORPUS        - 5 -

1  need more space. Answer the same questions for each claim.

2  [Note: You must present ALL your claims in your first federal habeas petition. Subsequent

3  petitions may be dismissed without review on the merits. 28 U.S.C. §§ 2244(b); McCleskey v. Zant,

4  499 U.S. 467, 111 S. Ct. 1454, 113 L. Ed. 2d 517 (1991).]

5  Claim One: **COURT ABUSED ITS DISCRETION UNDER E/C § 352 BY**

6  **ADMITTING SHOOTING OVER DEFENSE OBJECTION MONTHS AFTER CRIME**

7  Supporting Facts: **TRIAL JUDGE ALLOWED INTRODUCTION OF EVIDENCE**

8  **[ A SHOOTING ] WHICH OCCURRED 4 DAYS A-F-T-E-R * * PETITIONERS**

9  **PRELIMINARY HEARING (CT 133-135) D/A ARGUED FEAR OF REPRISAL**

10 **THIS EVIDENCE HAD NO LINK TO PETITIONER WHATSOEVER ONLY EXPOSED PETITIONER TO HIGHLY PREJUDICIAL NONEXCULPATORY EVIDENCE.**

11 Claim Two: **IAC REGARDING TRIAL COUNSELS FAILURE TO OBJECT**

12 **WITH INTRODUCTION OF EVIDENCE PAPERS FOUND AT SCENE.**

13 Supporting Facts: **COUNSEL DID NOT FILE A MOTION 1538.5 WITH**

14 **REGARDS TO COURT DOCUMENTS BEARING PETITIONERS NAME AT THE**

15 **SCENE WHICH INVESTIGATORS USED TO IDENTIFY AND ARREST PETITIONER**

16 **UNFORTUNATELY THOSE DOCUMENTS CONTAINED EVIDENCE HIGHLY PREJUDICIAL & UNNECESSARY.**

17 Claim Three: **SENTENCING ERROR BY COURT FAILING TO STAY**

18 **ASSAULT COUNT UNDER P/C § 654**

19 Supporting Facts: **STATUTE APPLIES WHERE THERE WAS BUT ONE ACT IN**

20 **ORDINARY SENSE ALSO WHERE A COURSE OF CONDUCT VIOLATED MORE**

21 **THAN ONE STATUTE BUT NEVERTHELESS CONSTITUTED INDIVISIBLE**

22 **TRANSACTION...INCIDENT TO ONE OBJECTIVE.* * ADDITIONAL * * ***

23 If any of these grounds was not previously presented to any other court, state briefly which  **ATTACHED AS -6-A---->**

24 grounds were not presented and why: * * **CLAIM NINE: COLLECTIVE MISCONDUCT**

25 **GROUND FIVE: STANDARD OF PROOF..GROUND SIX: SUFFICIENCY OF THE**

26 **EVIDENCE..GROUND SEVEN: MOTIVE. GROUND EIGHT JURY INSTRUCTION.**

27 **CUMULATIVE PREJUDICIAL EFFECT . ARGUMENTS # 5, 6, 7, and 8* 9**

28 **ARE BEING OFFERED TO THE STATE COURT CONSTITUTIONAL DEFICIENT**

11/5/07

ATTACHMENT TO PAGE SIX FOR ADDITIONAL
CONSTITUTIONAL GROUNDS FOR RELIEF AS
EXHAUSTED IN THE CALIFORNIA STATE COURT

CLAIM FOUR: PROSECUTOR MISCONDUCT WITH HIGH LEVEL OF PREJUDICE WITH MULTIPLE ACTS.

SUPPORTING FACTS: VIOLATIONS OF THE FEDERAL CONSTITUTIONAL ARE AS FOLLOWS WITHIN THE 14th AMENDMENT...AND ARE OF A SERIOUS NATURE OF ERRORS. AND. IT IS ESPECIALLY NOTEWORTHY THE COURT AGREED [RT 1-12] RULING THE EVIDENCE INADMISSIBLE AND THE NEGATIVE LIGHT PETITIONER WOULD SUFFER ACCORDINGLY. PROSECUTOR UNDERSTOOD THE PREJUDICIAL VALUE. ALL ADDRESSING THE SHOOTING AT THE RESIDENCE

* * * * * * UNEXHAUSTED CLAIMS 5. 6. 7. and 8 * * * * * *

CLAIM FIVE: STANDARD OF PROOF WHICH THE APPELLATE ATTORNEY FOUND SIMPLY UNDERLYING WEAK AND THEREFORE DID NOT MEASURE ITS PREJUDICIAL IMPACT UNDER "CHAMPMAN"

SUPPORTING FACTS: PETITIONER DID FAR MORE THEN JUST HINT THAT PROSECUTIONS WITNESSES ENCOMPASSED A FLEXIBLE RELATIONSHIP WITH THE TRUTH AND SAID TESTIMONY [CHAMBERS ERROR] DID SUBSTANTIALLY HARM PETITIONER.

CLAIM SIX: SUFFICIENCY OF THE EVIDENCE..REVIEW IS REQUIRED TO DETERMINE WHETHER ON THE ENTIRE RECORD FACTS COULD FIND THE PETITIONER GUILTY BEYOND A REASONABLE DOUBT.

SUPPORTING FACTS: AT TRIAL DAVID LANG IDENTIFIED PETITIONER AS THE MAN TALKING TO OTHER GUESTS OUTSIDE HIS HOUSE. WHILE HE PUSHED PETITIONER OUT

11/5/07

6-A

\* \* \* CONTINUED FROM PAGE 6-A UNEXHAUSTED CLAIMS \*

THE GATE CHAIN AND LOCKING IT BEHIND PETITIONER. ADDITIONALLY THAT PETITIONER ASKED TO BE LET IN BUT WAS REFUSED. ALL STATEMENTS WERE RECALLED AFTER WITNESSES HAD SPENT HOURS OF DRINKING ALCOHOL AND SMOKING LARGE AMOUNTS OF LARIJUNANA AND USING OTHER DRUGS.

CLAIM SEVEN : MOTIVE LAYING THE GROUNDWORK PROSECUTOR DURING OPENING STATEMENTS RECOUNTED STEP-BY-STEP THEIR CASE PROPER REGARDING PETITIONER. NOTWITHSTANDING PROSECUTOR FAILED TO DELIVER ON PROMISES MADE TO THE JURY.

SUPPORTING FACTS: PROSECUTOR FAILED TO OFFER EXPERT TESTIMONY WITHIN THE AREA OF NEUROLOGY OR A DR. AS A PSYCHOLOGIST WHO WOULD TESTIFY PETITIONER IMPAIRMENTS AFFECTED ABILITY TO RECAPTURE MEMORY DUE TO THE AMOUNT OF DRUGS AND ALCOHOL CONSUMED.

CLAIM EIGHT: JURY INSTRUCTION REQUESTING MODIFICATION OF THE "WRONGFUL CONDUCT" INSTRUCTION IN CALJIC # 5.17 AND CALJIC 5.50.1 THREATS BY THIRD PARTY.

SUPPORTING FACTS : COUNSEL FOR PETITIONER DID NOT OBJECT TO THE WRONGFUL CONDUCE INSTRUCTION CALJIC # 5.17 OR CALJIC 5.54 and 5.56 WHICH IT IS NECESSARY FOR DEFENSE COUNSEL IN CALIFORNIA TO RESEARCH THE VALIDITY OF ALL CALJIC INSTRUCTIONS THAT PURPORT TO LIMIT RIGHTS TO DEFENSES.

CLAIM NINE : COLLECTIVE MISCONDUCT BY PETITIONERS TRIAL COUNSEL AND/OR INDIVIDUALLY WHICH WAS A DUE PROCESS ERROR ADDITIONALLY SIXTH AMENDMENT RIGHT TO CONFRONT AND CROSS-EXAMINATION OF STATE WITNESSES COUNSEL WAS INEFFECTIVE TO REQUIRE CONFRONTATION.

11/5/07

\* \* \* CONTINUED FROM PAGE 6-B UNEXHAUSTED CLAIMS \* \* \* \* \* \*

SUPPORTING FACTS:   TRIAL COUNSEL ALLOWED THE COURT TO LIMIT THE CROSS-EXAMINATION REGARDING ALEX GUERRERO & BRYAN LANG. THERE CAN BE NO LIMITATIONS ESPECIALLY DEALING WITH CRIMINAL HISTORY AND INCARCERATION.

11/5/07

6-C

1  List, by name and citation only, any cases that you think are close factually to yours so that they
2  are an example of the error you believe occurred in your case. Do not discuss the holding or reasoning
3  of these cases:

4  **SEE ATTACHED AS 7-A**

5  _____

6  _____

7  Do you have an attorney for this petition?                    Yes____    No **XX**

8  If you do, give the name and address of your attorney:

9  **N/A**

10  WHEREFORE, petitioner prays that the Court grant petitioner relief to which s/he may be entitled in
11  this proceeding. I verify under penalty of perjury that the foregoing is true and correct.

12

13  Executed on **NOVEMBER 05, 2007**         *[signature]*
14              Date                            **STEVEN D. WILSON   IN PRE SE**
                                                Signature of Petitioner

15

(Rev. 6/02)

11/5/07

PET. FOR WRIT OF HAB. CORPUS            - 7 -

\* \* \* \* CONTINUED FROM PAGE # 7 \* \* \* \*


\* \* \* \* LISTED AS CITATIONS OF PREJUDICIAL ERRORS

ALCALA V WOODFORD (9th CIR 2003) 334 F 3d 862
IN RE CHRISTIAN S. (1994) 7 CAL 4th 768
IN RE CLARK (1993) 5 CAL 4th 750
CUNNINGHAM V ZANT (9th CIR 1991) 928 F 2d 1006
FREEMAN V CLASS (8th CIR 1996) 95 F 3d 639
IN RE JONES (1996) 13 CAL 4th 552
LUCHENBERG V SMITH (4th CIR 1995) 79 F. 3d 388
IN RE NEELY (1993) 6 CAL 4th 901
STEINKUEHLER V MESCHNER (8th CIR 1999) 176 F 3d 441
 STRICKLAND V WASHINGTON (1984) 466 U.S. 668
TAYLOR V KENTUCKY (1978) 436 U.S. 478
UNITED STATES V SPAN (9th CIR 1996) 75 F 3d 1383
WILLIAMS V TAYLOR (2000) 529 U.S. 362
= = = = = = = = = = = = = = = = = = = = =

JACKSON V VIRGINIA (1979) 443 U.S. 307
IN RE WINSHIP 397 U.S. 362
UNITED STATES V CRONIC 466 U.S. 648 (1986)
u.s. v ellison (1986) 7th CIR 1102
U.S. V SWANSON (9th CIR 1991) 943 F 2d 1070

11/5/07

7-A

Court of Appeal, Sixth Appellate District - No. H029953
**S153998**

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

THE PEOPLE, Plaintiff and Respondent,

v.

STEVEN DORELL WILSON, Defendant and Appellant.

The petition for review is denied.

SUPREME COURT
**FILED**

AUG 2 9 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
_____
Chief Justice

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
SIXTH APPELLATE DISTRICT

**COPY**

Thomas M. Singman
P. O. Box 6237
Albany, CA 94706-0237

RE:  THE PEOPLE,
   Plaintiff and Respondent,
   v.
   STEVEN DORELL WILSON,
   Defendant and Appellant.

   H029953
   Santa Clara County No. CC580641

\* \* REMITTITUR \* \*

I, MICHAEL J. YERLY, Clerk of the Court of Appeal of the State of California, for the Sixth Appellate District, do hereby certify that the opinion or decision entered in the above-entitled cause on May 29, 2007, has now become final.

Costs are not awarded in this proceeding

Witness my hand and the seal of the Court affixed at my office on SEP 0 4 2007

{SEAL}

MICHAEL J. YERLY, Clerk

By: L. BR

Deputy

THOMAS M. SINGMAN
Attorney at Law
P.O. Box 6237
Albany, California 94706

Telephone (510) 836-2400
Facsimile (510) 526-8433

October 17, 2007

Steven D. Wilson
F-18575
Pelican Bay Prison
P.O. Box 7200
Crescent City, CA 95531

Re:   Appeal in *People v. Steven D. Wilson*, Case No. H029953

Dear Mr. Wilson:

    Enclosed are the contents of your file, apart from court opinions and filings and correspondence which were previously provided to you.

Best of Luck.

Sincerely,

Thomas M. Singman
TMS:mp
cc: Sixth District Appellate Program (w/o encl.)

## PROOF OF SERVICE BY MAIL
### CCP §§ 1013A & 2015.5(b)

| (Caption) WRIT OF HABEAS CORPUS | (Case No.) |
|---|---|

1. I, the undersigned, do hereby declare that i am a citizen of the United States, over the age of 18 years old, and not a party to the above captioned cause, and that my mailing address is CRESCENT CITY, CALIFORNIA 95531

2. That I served a copy of the document entitled as follows: WRIT OF HABEAS CORPUS

3. That I am readily familiar with the business practice for the collection and processing of pro-se litigant correspondence for mailing with the United States Postal Service. That the item, stated in item 2, supra, was deposited with the United States Postal service on the date and place indicated at item 4, in the ordinary course of prisoner mail. That the most current address known to be the proper and correct address associated with the person and/or office served as shown on the envelope. That a copy of the above document was served on each party of the above proceeding or that part's counsel, and on every other person required to be served. That the envelopes so addressed were sealed postage thereon fully prepaid at the first class postage rate.

4. Date of deposit: NOVEMBER 25 2007
   Place of deposit: CRESCENT CITY, CALIFORNIA 95531

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS 25 DAY OF NOVEMBER 2007 AT CRESCENT CITY, CALIFORNIA

DATE: NOVEMBER 25 2007

_Kenneth R. Moyer_
DECLARANT FOR PROOF OF SERVICE
KENNETH R. MOYER J-34490

**NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED** *

[1] U.S. DISTRICT COURT
NORTHERN DISTRICT
450 GOLDEN GATE AVE.
SAN FRANCISCO, CALIFORNIA
94102

[2]

NAME: Kenneth Moyer

CDC NO: J-23490   HOUSING: A8-202

PELICAN BAY STATE PRISON
P.O. BOX 7500
CRESCENT CITY, CA 95532

Clerk Of The Court
U.S. District Court
Northern District
450 Golden Gate Ave
San Francisco, Calif
94102

LEGAL MAIL