FILED
07 DEC 10 PM 2:44

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEVEN D. WILSON
          Plaintiff,

vs.

ROBERT A. HOREL...WARDEN
PELICAN BAY STATE PRISON
          Defendant.

CASE NO. C07-6095 JF

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

     I, __STEVEN D. WILSON__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

     In support of this application, I provide the following information:

1.    Are you presently employed?   Yes **XX**  No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __$20.00__          Net: __$20.00__

Employer: __STATE OF CALIFORNIA__

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____

- 1 -

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Steven Dorell Wilson  F18575</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>.   (20%= $0.00)

Dated: 11/29/07                                      _____
                                                     Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 11-29-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
PELICAN BAY STATE PRISON
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAY 01, 2007 THRU NOV. 29, 2007

ACCOUNT NUMBER : F18575                           BED/CELL NUMBER: AF04U 000000211U
ACCOUNT NAME   : WILSON, STEVEN DORELL            ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

\* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT \*
\* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       \*

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.03 | 0.00 | 0.00 | 0.03 | 0.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------
0.03

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 11-29-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY J. Keppin
TRUST OFFICE

Mr. Steven D. Wilson (PBSP)
P.O. Box 7500-T-18 575-A4-211
Crescent City California
95531

Legal Mail Legal

Clerk of the United States
District Court Northern
450 Golden Gate Ave
Box 36060
San Francisco, California
94102

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIP

FILED
07 DEC 10 PM 2:44

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STEVEN D. WILSON
    Plaintiff,

vs.

ROBERT A. HOREL...WARDEN
PELICAN BAY STATE PRISON

CASE NO. C07-6095 JF

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, **STEVEN D. WILSON**, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes **XX** No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: **$20.00**    Net: **$20.00**

Employer: **STATE OF CALIFORNIA**

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____ - 1 -

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

_____

_____

_____

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, Profession or self employment      Yes ___ No **XX**

    b. Income from stocks, bonds, or royalties?      Yes ___ No **XX**

    c. Rent payments?      Yes ___ No **XX**

    d. Pensions, annuities, or life insurance payments?      Yes ___ No **XX**

    e. Federal or State welfare payments, Social Security or other government source?      Yes ___ No **XX**

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____**N/A**_____

_____

3. Are you married?      Yes ___ No **XX**

Spouse's Full Name: _____

Spouse's Place of Employment: _____

Spouse's Monthly Salary, Wages or Income:

Gross $_____ Net $_____

4.    a. List amount you contribute to your spouse's support : $ _____

     b. List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA

PAUPERIS, Case No._____      - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____ 0 _____
4  _____

5  5.   Do you own or are you buying a home?         Yes ____  No **XX**
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.   Do you own an automobile?                    Yes ____  No **XX**
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.   Do you have a bank account? Yes ____ No **XX** (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ____ No **XX** Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.) Yes ____ No ____
18 _____
19 8.   What are your monthly expenses?
20 Rent: $ _____0_____   Utilities: _____0_____
21 Food: $ _____0_____   Clothing: _____0_____
22 Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

27 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 3 -

__$10,000.00    DOLLARS TO STATE OF CALIFORNIA__

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?    Yes ___  No __XX__

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

0

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

__NOVEMBER 05, 2007__                    _Steve Wilson_ (signature)
DATE                                      STEVEN D. WILSON    IN PRE SE
                                          SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No. _____              - 4 -

Case Number: _____

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __STEVEN D. WILSON__ for the last six months at

[prisoner name]

__PELICAN BAY STATE PRISON__ where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated: 12-06-07

_____
[Authorized officer of the institution]

- 5 -

Case Number:_____

CERTIFICATION OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Steven Dorell Wilson F18575</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>0.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>0.00</u>.     (20%= $0.00)

Dated: 11/29/07                                    _____
                                                   Authorized Officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 11-29-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY  S. Kleppin
   TRUST OFFICE

REPORT ID: TS3030.701    Case 5:07-cv-06095-JF    Document 3    Filed 12/10/2007    Page 1 of 12    REPORT DATE: 11/29/07
                                                                                                          PAGE NO: 1

```
REPORT ID: TS3030.701                                              REPORT DATE: 11/29/07
                                                                   PAGE NO:           1
```

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         PELICAN BAY STATE PRISON
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT

                FOR THE PERIOD: MAY  01, 2007 THRU NOV. 29, 2007

ACCOUNT NUMBER : F18575                    BED/CELL NUMBER: AF04U 000000211U
ACCOUNT NAME   : WILSON, STEVEN DORELL          ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                             TRUST ACCOUNT ACTIVITY

    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                             TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL          TOTAL         CURRENT        HOLDS       TRANSACTIONS
   BALANCE        DEPOSITS      WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
  ---------      ---------      -----------     --------      --------     ------------
     0.03          0.00            0.00           0.03          0.00           0.00

                                                                            CURRENT
                                                                           AVAILABLE
                                                                            BALANCE
                                                                           ---------
                                                                              0.03
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 11-29-07
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J. Kleppin_
TRUST OFFICE

Mr. Steven D. Wilson (PBSP)
P.O. Box 7500-F-18 575-A4-211
Crescent City California
95531

Legal Mail Legal

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIP

Clerk of The United Sta
District Court Northern
450 Golden Gate Ave
Box 36060
San Francisco, Califor
94102

