Steven D. Wilson
P.O. Box 7500-F-18575-A-211
Crescent City California 95531

# CV-07-6095 JF

Clerk of the Court:

Richard W. Wieking

I just received your mailed Forma Pauperis Application — Due to the Prison Slow Authorized Signature the Application Trailed the Habeas By Two weeks — So — By Now you Should Have Both. And — As to not Confuse Matters — I Will not send this second set in — Should you require it — Please Let me know.

'Tis the Season

S.P. Wilson



MR. Steven Wilson
P.O. Box 7500-JF-12515-A4-211
Crescent City CA. 95531

Case # CV-07-6095-JF-(PR)

PELICAN BAY
G.P. UNIT A-8

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC
POSTAGE WILL BE PAID BY UNITED STATES COURTS

PELICAN BAY STATE PRISON
5905 Lake Earl Dr.
Crescent City CA 95532

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY