1  STEVEN DORELL WILSON, (PBSP)
   PELICAN BAY STATE PRISON
2  BOX 7500-F-18575-A4-211-U
   5905 LAKE EARL DRIVE
3  CRESCENT CITY, CALIFORNIA
   95531
4
5  JUNE 03, 2008
6  PETITIONER PRO SE, 1258 P.C.



7                                           * * * COURT USE ONLY * *

10              IN THE UNITED STATES DISTRICT COURT
11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14  STEVEN D. WILSON,          )   NO. C-07-6095-JF (PR)
                               )
15           PETITIONER,       )   APPLICATION FOR EXTENSION OF
                               )
16                             )   TIME.
        V.                     )
17                             )
                               )
18  ROBERT A. HOREL, et al     )   (DOCKET NO. 3 )
                               )
19           RESPONDENTS.      )
                               )
20  ---------------------------)

23  COMES NOW PETITIONER, **STEVEN D. WILSON** BY AND THROUGH PRO SE AND
24  ASSISTANCE OF ANOTHER INMATE **KENNETH R. MOYER**, AND RESPECTFULLY
25  REQUESTS THIS COURT TO ISSUE AN ORDER EXTENDING TIME, UNTIL AUGUST
26
27  13, 2008, WITHIN TO FILE BOTH WITH THE STATE COURT AND THIS COURT.
28  THIS APPLICATION IS BASED UPON THE ATTACHED DECLARATION OF

1 | KENNETH R. MOYER.

5 | DECLARATION OF KENNETH R. MOYER

7 | I, <u>KENNETH R. MOYER</u>, HEREBY DECLARE AS FOLLOWS:

9 | ON MAY 20, 2008 <u>STEVEN D. WILSON,</u> DID, IN FACT RECEIVE A FOUR PAGE
10 | RULING FOR THIS HONORABLE COURT GRANTING LEAVE TO PROCEED IN FORMA
11 | PAUPERIS, WITH LEAVE TO AMEND. PETITIONER HAS ZERO KNOWLEDGE OF THE
12 | LAW, ACCORDINGLY IS REQUIRED TO DEPEND ON ANOTHER INMATE FOR LEGAL
13 | ACCORDINGLY, THE COURTS RULING WAS TRANSFERRED TO MR. MOYER, WHICH
14 | TOOK TILL, THURSDAY MAY 29, 2008, LEAVING INSUFFICIENT TIME TO MET
15 | THE COURTS PARAMETERS, ESPECIALLY GIVEN THE COMPLEXITIES OF THE CASE
16 | PROPER. [[ and ]] IN LIGHT OF THE LENGTH OF PETITIONER'S SENTENCE,
17 | PETITIONER PRAY'S THE WILL DETERMINE THAT IN THE INTEREST OF JUSTICE
18 | REQUIRES EXTENSION OF TIME. * <u>SEE 18 U.S.C. § 3006 A(a)(2)(B); see</u>
19 | <u>also WEYGANDT V. LOOK 718 F 2d 952 (9th Cir 1983 )</u>

21 | I IMMEDIATELY BEGAN ASSEMBLING THOSE PORTIONS OF THE FILES NECESSARY
22 | FOR DECISION IN THE STATE COURT. THE FILE IS EXTREMELY LENGTHY,
23 | CONSISTING OF WELL OVER 11,000 PAGES OF CLERK'S AND REPORTER'S
24 | TRANSCRIPTS WITH EXHIBITS AND MANY OTHER DOCUMENTS. THERE ARE
25 | NUMEROUS AND COMPLEX ISSUES TO BE RAISED IN STATE COURT.
26 | <u>I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE</u>
27 | <u>AND CORRECT.</u>
28 | DATED: : : JUNE 03, 2008

*(signature)* PETITIONER, STEVEN D. WILSON

*(signature)* KENNETH R. MOYER

## PROOF OF SERVICE BY MAIL
### CCP §§ 1013A & 2015.5(b)

| (Caption) | (Case No.) |
|---|---|
| EXTENSION OF TIME | C-07-6095-JF-(PR) |

1. I, the undersigned, do hereby declare that i am a citizen of the United States, over the age of 18 years old, and not a party to the above captioned cause, and that my mailing address is <u>P.O. BOX 7500, CRESCENT CITY, CALIFORNIA 95531</u>

2. That I served a copy of the document entitled as follows: <u>EXTENSION OF TIME</u>

3. That I am readily familiar with the business practice for the collection and processing of pro-se litigant correspondence for mailing with the United States Postal Service. That the item, stated in item 2, supra, was deposited with the United States Postal service on the date and place indicated at item 4, in the ordinary course of prisoner mail. That the most current address known to be the proper and correct address associated with the person and/or office served as shown on the envelope. That a copy of the above document was served on each party of the above proceeding or that part's counsel, and on every other person required to be served. That the envelopes so addressed were sealed postage thereon fully prepaid at the first class postage rate.

4. Date of deposit: <u>JUNE 08, 2008</u>
   Place of deposit: <u>CRESCENT CITY, CALIFORNIA</u>

I DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF CALIFORNIA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON THIS <u>08</u> DAY OF <u>JUNE   2008</u> AT CRESCENT CITY, CALIFORNIA

DATE: <u>JUNE 08, 2008</u>

*Kenneth R. Moyer*
DECLARANT FOR PROOF OF SERVICE
KENNETH R. MOYER   J-34190

**NAME AND ADDRESS OF EACH PERSON TO WHOM NOTICE WAS MAILED**

[1]  OFFICE OF THE CLERK, U.S.D.C. [2]
     NORTHERN DISTRICT OF CALIFORNIA
     280 SOUTH FIRST STREET, ROOM 2112
     SAN JOSE, CALIFORNIA 95113-3095



MR. KENNETH R. MOYER (PBSP)
P.O. BOX 7500-J-34190-A8-202
CRESCENT CITY, CALIFORNIA
95531

OFFICE OF THE CLERK, U.S.D.C

Legal