NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. WILSON, | No. C 07-6095 JF (PR) |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE AMENDED PETITION |
| v. | |
| ROBERT A. HOREL, et al., | |
| Respondents. | (Docket No. 6) |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was dismissed with leave to amend on May 13, 2008. Petitioner has filed a motion for extension of time to file an amended petition. Good cause appearing, Petitioner's motion (docket no. 6) is GRANTED. Petitioner is granted an extension of thirty (30) days and shall file an amended petition **no later than July 13, 2008**.

IT IS SO ORDERED.

DATED: 6/19/08

JEREMY FOGEL
United States District Judge

Order Granting Motion for EOT to File Amended Petition
P:\PRO-SE\SJ.JF\HC.07\Wilson095_eot-amend.wpd