TO: CLERK OF THE COURT

HELLO, MY NAME IS STEVEN D WILSON AND I AM REQUESTING A COPY OF MY/THE CONFORMED WRIT. I DO NOT KNOW IF THIS SERVICE NEEDS TO BE PAID FOR, BUT I AM AN INDIGENT INMATE AND AM UNABLE TO PAY AT THIS TIME. IVE BEEN INFORMED THAT THIS WHOLE APPEAL PROCESS IS TO BE COMPLETED WITHIN A SPECIFIC TIME PERIOD. SO IF YOU WOULD FORWARD THE DOCUMENTS IM REQUESTING IN A TIMELY FASHION, I WOULD REALLY, REALLY APPRECIATE IT.

THANK YOU VERY MUCH
AND GOD BLESS YOU

STEVEN WILSON #F18575

*[signature]*

[C-07-6095-JF-PR]



**PBSP
INDIGENT ENVELOPES**